DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ENRIQUE LEDESMA-ZACARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 10-487-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: February 4, 2011 |
| ENRIQUE LEDESMA-ZACARIAS, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ENRIQUE LEDESMA-ZACARIAS, by and through his counsel, MATTEHW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, January 14, 2011, be continued to Friday, February 4, 2011, at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 4, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 10, 2011          Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /S/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ENRIQUE LEDESMA-ZACARIAS

DATED: January 10, 2011          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew M. Scoble for
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including February 4, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: January 19, 2011.          /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       United States District Judge