DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ENRIQUE LEDESMA-ZACARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>           Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>ENRIQUE LEDESMA-ZACARIAS,   )<br>   )<br>           Defendant.   )<br>_____) | Cr.S. 10-487-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 4, 2011<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ENRIQUE LEDESMA-ZACARIAS, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, February 4, 2011, be continued to Friday, March 4, 2011, at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 4, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 25, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /S/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ENRIQUE LEDESMA-ZACARIAS


DATED: January 25, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew M. Scoble for
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 4, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: January 26, 2011.         /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge